Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



# MEMORANDUM OPINION

No. 04-11-00894-CV

**IN RE** David **GOAD**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
             Phylis J. Speedlin, Justice
             Marialyn Barnard, Justice

Delivered and Filed:  January 18, 2012

PETITION FOR WRIT OF MANDAMUS DENIED

This is an original proceeding in which relator complains the trial court failed to grant him permission to file suit against Debi Crow, Guadalupe District Clerk, after he was previously found to be a vexatious litigant. A local administrative judge may grant a vexatious litigant permission to file suit only if it appears to the judge that the litigation has merit and has not been filed for the purposes of harassment or delay. TEX. CIV. PRAC. & REM. CODE ANN. § 11.102(a). The record does not contain the petition relator proposed to file, and his letter to Judge Kirkendall simply provides that he is seeking approval to file suit against the clerk for not

---

[1] Relator David Goad was declared a vexatious litigant on October 28, 2010 in Cause No. 2010-CI-12496, in the 166th Judicial District Court, Bexar County, Texas, the Honorable Martha Tanner presiding. However, the Honorable Michael Peden, visiting judge, signed the order declaring Goad a vexatious litigant. The present proceeding arises out of a complaint that the Honorable W.C. Kirkendall, presiding judge of the 2nd 25th Judicial District Court, Guadalupe County, Texas denied Goad permission to file a suit against Debi Crow, Guadalupe District Clerk.

allowing him to make copies of documents. Based on the record before us, we cannot conclude Judge Kirkendall's failure to grant relator permission to file suit against the Guadalupe County Clerk was an abuse of discretion. *See Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM